**Walter Lee RHODES, Appellant,**

v.

**Wingate WHITE, Warden, Appellee.**

No. 26114.

United States Court of Appeals
Fifth Circuit.

Dec. 2, 1968.

Walter Lee Rhodes pro se.

Jack P. F. Gremillion, Atty. Gen., Baton Rouge, La., for appellee.

Before THORNBERRY and DYER, Circuit Judges, and KEADY, District Judge.

PER CURIAM:

In this habeas corpus attack upon his state court conviction for armed robbery, appellant contends that he was the victim of an illegal search and seizure, that he was not advised of his right to counsel, and that he was forced to plead guilty under extreme psychological coercion. Following a full evidentiary hearing at which appellant was represented by court-appointed counsel, the district court concluded that there was no merit to appellant's contentions and denied the writ, 280 F.Supp. 285.

Having carefully reviewed that record and the opinion of the district court, we have concluded that the findings of the district court are not clearly erroneous. Accordingly, the judgment must be and hereby is affirmed.

**BANKERS COMMERCIAL LIFE INSURANCE COMPANY et al., Appellants,**

v.

**AMERICAN HOSPITAL ASSOCIATION et al., Appellees.**

No. 25947.

United States Court of Appeals
Fifth Circuit.

Dec. 3, 1968.

Rehearing Denied Jan. 21, 1969.

G. H. Kelsoe, Jr., Dallas, Tex., for appellants.

Otis B. Gary, Dallas, Tex., James L. Kurtz, Mason Fenwick & Lawrence, Washington, D. C., Wynne Jaffe & Tinsley, Dallas, Tex., for appellees.

Before JONES and COLEMAN, Circuit Judges, and CHOATE, District Judge.

PER CURIAM:

The American Hospital Association prevailed in the district court in a trade mark infringement action against Bankers Commercial Life Insurance Company, which has appealed from the injunctive judgment against it. The district court found that the Blue Crown mark used by Bankers in connection with its hospital service plan infringed upon the registered and protected Blue Cross and Blue Shield marks of American. American Hospital Association v. Bankers Commercial Life Insurance Company, N.D.Tex. 1967, 275 F.Supp. 563. The findings of the district court find support in the record and the legal principles applied are correct. We find no error in the judgment and it is

Affirmed.